```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Pamela Smith

       v.                            Case No. 23-cv-294-LM

Home Depot U.S.A., Inc.

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated December 19, 2023, judgment is hereby entered.

                                              By the Court:

                                              /s/ Daniel J. Lynch
                                              Daniel J. Lynch
                                              Clerk of Court

Date: December 20, 2023

cc: Counsel of Record